No. 600, Misc. SMITH *v.* DUFFY, WARDEN. Supreme Court of California. Certiorari denied.

No. 608, Misc. MACKEY *v.* MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 609, Misc. BLAUVELT *v.* JACKSON, WARDEN. Court of Appeals of New York. Certiorari denied. 

No. 613, Misc. WRIGHT *v.* RAGEN, WARDEN, ET AL. Circuit Court of Peoria County, Illinois. Certiorari denied.

No. 618, Misc. WINN *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 620, Misc. NOTTEBAUM *v.* MAYO, STATE PRISON CUSTODIAN. C. A. 5th Cir. Certiorari denied. 

No. 622, Misc. GOODMAN *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied. 

No. 625, Misc. BLAKE *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 632, Misc. FISHER *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied. 

No. 636, Misc. SMITH *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.